# 1116

BALDWIN, Respondent, v. BALDWIN, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Caroline Baldwin against Samuel S. Baldwin. C. A. Wendell, for appellant. C. M. Beattie, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

BARRY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Mary Agnes Barry against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

BASSO, Respondent, v. D. ALLEN'S SONS ROPE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Nicholas Basso against the D. Allen's Sons Rope Company. No opinion. Order affirmed, with $10 costs and disbursements.

BAUER, Appellant, v. HAWES, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Louis Bauer against Euphemia A. Hawes, impleaded. H. V. Rutherford, for appellant. B. E. V. McCarty, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE, J., dissents.

BAXTER, Respondent, v. AUBURN & S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by Angeline Baxter, etc., against the Auburn & Syracuse Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, on the ground that plaintiff's intestate was not shown to have been free from contributory negligence.

BEALS, Respondent, v. EVANS, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Mira Beals against Myles J. Evans.

PER CURIAM. Judgment and order reversed and new trial granted, costs to abide the event, unless the plaintiff stipulate within 20 days to reduce the recovery to the sum of $1,500 and the extra allowance proportionately, in which event the judgment and order, as modified, are affirmed, without costs.

HIRSCHBERG, P. J., votes for affirmance.

BEARDSLEE et al., Respondents, v. WARSAW BLUE STONE CORP. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by Nathan S. Beardslee and another against the Warsaw Blue Stone Corporation and another. No opinion. Order modified, so as to provide

that the plaintiff be required to make his complaint more definite and certain by stating what "other things" have resulted in damage, as stated in the allegation of the fifth subdivision thereof, and, as so modified, affirmed, without costs of this appeal to either party.

BERNSTEIN, Respondent, v. FLEET, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Louis Bernstein against Chapin S. Fleet. J. C. Lenney, for appellant. A. S. Gilbert, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BERNSTEIN, Appellant, v. SICHEL et al., Respondents. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Isaac M. Bernstein against Maurice Sichel and another. E. Eschwege, for appellant. M. Sichel, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

(119 App. Div. 855)

BIENENFELD, Respondent, v. CONSOLIDATED GAS CO. OF NEW YORK, Appellant. GREENWALD v. SAME. HOCHHEISER, Respondent, v. STANDARD GASLIGHT CO. OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Appeal from Special Term, New York County. Actions by Henry L. Bienenfeld and by Samuel Greenwald against the Consolidated Gas Company of New York, and by Joseph Hochheiser against the Standard Gaslight Company of the City of New York. From orders granting temporary injunctions restraining defendants from refusing to continue to supply plaintiffs with gas during the pendency of the action, defendants appeal. Reversed. John A. Garver, for appellants. Clarence J. Shearn, for respondents.

PER CURIAM. For the reasons stated in the case of Pollitz v. Consol. Gas Co. (decided by this court March 8, 1907) 102 N. Y. Supp. 1017, the orders appealed from must be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs in each case, with leave to renew on payment of the required deposit.

BILLINGS, Respondent, v. SHAW et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by George S. Billings, as receiver, etc., against James G. Shaw and others. No opinion. Order affirmed with $10 costs and disbursements.

BLAKE, Respondent, v. BLAKE, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Ruby H. Blake against Ernest L. Blake. R. R. Billington, for appellant. H. Aaron, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, with $10 costs and disbursements to respondent. Order filed.